FILED15 MAY '19 16:10USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND          DIVISION

Brooklynn Clark

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 3:19-cv-769-YY
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

-against-

Shelly Doe, Frankie Doe, Tigard Police Department, Megan Linn, and others (see attached)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Brooklynn Clark
   Mailing ~~Street~~ Address: P.O. Box 6898
   City and County: Portland, Washington
   State and Zip Code: Oregon 97228
   Telephone Number: 201.923.9617
   E-mail Address: BrooklynnCharity@gmail.com

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   Name: Shelly Doe
   Job or Title (if known):
   Street Address: 11855 SW 91st Avenue, #67
   City and County: Tigard, Washington
   State and Zip Code: Oregon 97223
   Telephone Number:
   E-mail Address (if known):

   Defendant No. 2

   Name: Frankie Doe
   Job or Title (if known): 11855 SW 91st Avenue,
   Street Address: 11855 SW 91st Avenue, #61
   City and County: Tigard, Washington
   Oregon 97223

2

State and Zip Code: Oregon 97223
Telephone Number:
E-mail Address (if known):

Defendant No. 3

Name: Tigard Police Department
Job or Title (if known): N/A - Agency
Street Address: 13125 SW Hall Boulevard
City and County: Tigard, Washington
State and Zip Code: Oregon 97223
Telephone Number: 503.639.4171
E-mail Address (if known): JenniferC@tigard-or.gov

Defendant No. 4

Name: Megan Linn
Job or Title (if known): Officer - Tigard Police Department
Street Address: 13125 SW Hall Boulevard
City and County: Tigard, Washington
State and Zip Code: Oregon 97223
Telephone Number: 503.639.4171
E-mail Address (if known): megan.linn@tigard-or.gov

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

Defendant No. 5

Community Partners for Affordable Housing
N/A - Non-Profit Organization
6380 SW Capitol Highway
Portland, Multnomah
Oregon 97239
503.293.4038
info@cpahinc.org

Defendant No. 6

Rachael Duke, Individually
Executive Director - C.P.A.H.
6380 SW Capitol Highway
Portland, Multnomah
Oregon 97239
503.293.4038
rduke@cpahinc.org

Defendant No. 7

Income Property Management
1800 SW 1st Avenue, #220
Portland, Multnomah
Oregon 97201
503.223.6327
info@ipmco.com
N/A - For Profit Organization

Defendant No. 8

Hillary Winslow, Individually
1800 SW 1st Avenue, #200
Portland, Multnomah
Oregon 97201
503.223.6327 ext. 123
hwinslow@ipmco.com
Portfolio Manager

Defendant No. 9

Elena Shayla, Individually
11905 SW 91st Avenue
Tigard, Washington Oregon 97223
503.639.6514
greenburg_oaks@ipmco.com
Tigard Property Manager

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Section 601 of Title VI of Civil Rights Act of 1964 and violation of the 4th and 5th Amendments to the U.S. Constitution

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Brooklynn Clark, is a citizen of the State of *(name)* Oregon.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A, and has its principal place of business in the State of *(name)* N/A.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* Shelly Doe, is a citizen of the State of *(name)* Oregon. *Or* is a citizen of *(foreign nation)* N/A.

4

b. If the defendant is a corporation

The defendant, *(name)* __Community Partners for Affordable Housing__, is incorporated under the laws of the State of *(name)* __Oregon__, and has its principal place of business in the State of *(name)* __Oregon__. Or is incorporated under the laws of *(foreign nation)* __N/A__, and has its principal place of business in *(name)* __N/A__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*: __Damages are permanent and unreversable. Medical + punitive damages__

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Def. #1 - Assaulted Ptf; Def #2 - lied about assault to Tigard PD; #3 - Denied me the right to press charges against Def #1 for assaulting me; #4 - decision maker that discriminated against me; #5, #6, #7, #8, discriminated against me and unjustly evicted me for assaulting Def. #1 without due process #9 and after I was the victim of assault not the perpetrator.

5

Defendant #2
  a. If the defendant is an individual

  The defendant, Frankie Doe, is a citizen of the State of Oregon.

Defendant #3
  b. If the defendant is governmetal agency

  The defendant, Tigard Police Department, is the police department for the city of Tigard, Oregon under the laws of the State of Oregon and has its principal place of business in the state of Oregon.

Defendant #4
  a. If the defendant is an individual

  The defendant, Megan Linn, is a citizen of the State of Oregon.

Defendant #5
  b. See page 5

Defendant No. 6

    a. If the defendant is an individual

    The defendant, Rachael Duke, is a citizen of the State of Oregon.

Defendant No. 7

    b. If the defendant is a Corporation

    The defendant, Income Property Management, is incorporated under the laws of the State of Oregon, and has its principal place of business in the State of Oregon.

Defendant No. 8

    a. If the defendant is an individual

    The defendant, Hillary Winslow, is a citizen of the State of Oregon.

Defendant No. 9

    a. If the defendant is an individual
    The defendant, Elena Shayla, is a citizen of the State of Oregon

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Medical Damages - $1 million USD
Loss of Income - $200,000 USD
Punitive Damages - $1 million USD

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 15, 2019.

Signature of Plaintiff    *Brooklynn Clark*
Printed Name of Plaintiff    Brooklynn Clark

6

**B.** **For Attorneys**

Date of signing: _____, 20____.

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |