Brooklynn Clark
P.O. Box 6898
Portland, Oregon 97228
c: 201.923.9617
e: BrooklynnClark@gmail.com
Name, Address,
E-mail, & Phone

FILED 15 MAY '19 16:10 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Brooklynn Clark

Plaintiff(s),

v.

Shelly Doe, Frankie Doe, Tigard Police Dept., et al
Defendant(s).

Case No.: 3:19-cv-769-YY

**MOTION FOR APPOINTMENT OF PRO BONO COUNSEL**

I, Brooklynn Clark, move for the appointment of pro bono counsel.

To support this motion, I declare under penalty of perjury that (check one):

☑ I have been granted, or have applied for, permission to proceed *in forma pauperis*.

☑ I have attached an affidavit demonstrating my inability to pay the cost of an attorney.

I have made the following diligent efforts to obtain legal counsel but have been unsuccessful because of my poverty (describe below):

Over 20 attempts and failures to obtain Counsel; mostly due to my lack of financial resources.

I need appointed counsel to assist me because (describe below):

I am a lay person who would like a fair opportunity to be victorious against the many teams of the defendants.

_Brooklynn Clark_        05.15.2019
Signature                 Date

Brooklynn Clark
Printed Name

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR APPOINTMENT OF PRO BONO COUNSEL

I answer the following questions under penalty of perjury:

1. **Are you currently incarcerated?** ☐ Yes ☑ No

   If you answered yes, where are you are incarcerated? _____

2. **Are you currently employed?** ☐ Yes ☑ No

   **If you are employed:**

   List your employer's name: _____

   List your employer's address: _____

   Amount of take-home pay: $_____ per _____ (hour, day, week, month)

   **If you are not employed:**

   Name your last employer: *Nectar Cannabis, LLC*

   Last employer's address: *8705 SW Hall Blvd.*
   *Beaverton, Oregon 97008*

   Date of last employment: *11.16.2019*

   Amount of take-home pay: $ *12* per *hour* (hour, day, week, month)

3. **Is your spouse or significant-other employed?** ☐ Yes ☐ No ☑ Not Applicable

   Name of employer: _____

   Employer's address: _____

   Date of last employment: _____

   Amount of take-home pay: $_____ per _____ (hour, day, week, month)

4. **Have you received money from any of the following sources in the last 12 months?**

   - **Business, professions, or other self-employment:**

     ☐ Yes  Amount Received: $_____  Amount expected in future: $_____
     ☑ No

   - **Rent payments, interest, or dividends:**

     ☐ Yes  Amount Received: $_____  Amount expected in future: $_____
     ☑ No

- **Pensions, annuities, or life insurance payments:**
  ☐ Yes   Amount Received: $_____   Amount expected in future: $_____
  ☒ No

- **Disability or workers compensation payments:**
  ☐ Yes   Amount Received: $_____   Amount expected in future: $_____
  ☒ No

- **Gifts or inheritances:**
  ☐ Yes   Amount Received: $_____   Amount expected in future: $_____
  ☒ No

- **Any other sources:**
  ☐ Yes   Amount Received: $_____   Amount expected in future: $_____
  ☒ No

5. Do you have cash or savings accounts, including prison trust accounts?
   ☒ Yes   Total amount: $ 42
   ☐ No

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property?   ☐ Yes (describe below)   ☒ No

| Type of Asset | Brief Description | Estimated Value |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

7. Do you have any other assets?   ☐ Yes (describe below)   ☒ No

| Type of Asset | Brief Description | Estimated Value |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

8. Do you have monthly expenses, including housing, transportation, utility, judgments, loan payments, or other regular expenses? ☑ Yes (describe below) ☐ No

| Expense Description | Estimated Monthly Payment |
|---|---|
| Auto payment | $369.00 |
| Insurance | $350.00 |
| Cell Phone | $85.00 |
| | |
| | |

9. List the persons (or, if under 18, initials only) who are dependent on you for support:

| Name or Minor's Initials | Relationship (Spouse, child, parent, etc.) | Amount of Monthly Support Your Provide |
|---|---|---|
| Heaven Clark | Child | 50% |
| | | |
| | | |
| | | |
| | | |
| | | |

10. Do you have any debts or financial obligations? ☑ Yes (describe below) ☐ No

Student Loans - $70K

_Brooklynn Clark_
Signature

05.15.2019
Date

_Brooklynn Clark_
Printed Name