# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **BROOKLYN CLARK**<br>　**Plaintiff(s),** | Case No.: 3:19–cv–00769–YY |
| v. | **ORDER TERMINATING PRO BONO APPOINTMENT** |
| **SHELLY DOE, et al.**<br>　**Defendant(s).** | |

　　Upon notice to the Court that the appointed attorney/law firm has declined representation,

　　IT IS HEREBY ORDERED that the Court terminates the appointment of Josephine C. Townsend as *Pro Bono* counsel for Brooklynn Clark .

　Brooklynn Clark is to proceed *pro se* without appointed counsel.

　　The Clerk is directed to serve a copy of this order upon Brooklynn Clark .

**DATED** this 16th day of July, 2019　　　　　/s/Youlee Yim You

　　　　　　　　　　　　　　　　　　　　　　Honorable Youlee Yim You
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge.