UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| BROOKLYN CLARK<br>    Plaintiff, | Case No.: 3:19–cv–00769–YY |
| v. | ORDER TERMINATING PRO BONO COUNSEL |
| SHELLY DOE, et al.<br>    Defendants. | |

   Based on the fact that plaintiff has declined representation by Stoll Berne, the court terminates the the appointment of Timothy DeJong as *pro bono* counsel for plaintiff.  Plaintiff is to proceed *pro se* without appointed counsel.  The court will not appoint further counsel at this time.

   The Clerk is directed to serve a copy of this order upon plaintiff .

   **IT IS SO ORDERED.**

   **DATED** this 9th day of August, 2019.          /s/Youlee Yim You

                                   Honorable Youlee Yim You
                                   United States Magistrate Judge.