# Brooklynn Clark
**PO Box 6898, Portland, OR 97228**
**201.923.9617**
BrooklynnClark@mail.com



10.01.2020

Judge Youlee Yim You
United States District Court
1000 SW 3rd Avenue
Portland, Oregon 97204

              Re:    Clark vs. Doe, et al./ Case No. 3:19-cv-00769-YY

Dear Judge You:

          Please dismiss the above matter without prejudice and do not entertain Mr. Mylander's motion for sanctions as he seeks to punish me (a non-attorney, African-American, transgender woman) for attempting to get justice <u>after being assaulted</u> by a white cis-gender woman… No one should be above the law; not even white people!

          I am requesting this case be dismissed as I can not see a path to victory (at this time) amidst the institutional racism that I must overcome in order to prove the discrimination that I was forced to endure. **And yes, Kirk Mylander is a White Supremacist!**

          As to Mr. Mylander's motion for restitution it should be seen for what it is—ridiculous! <u>I was the victim of an assault that lead to my eviction without any evidence of any wrong doing on my part</u>; and we have not been able to properly litigate this matter before a jury (of my peers) as was my hope; but instead, I have been buried in paperwork… Please review my brief provided to Mr. Mylander as my "initial disclosures" because that document tells the entire story- Oregon Appeals Court Case# A168759; Filed/Received: February 05, 2019. I am a non-attorney who asked this Court for legal assistance multiple times and was denied multiple times but I did my best, based on my ability level- however, I am not an attorney (only a person of color seeking a Equal Justice Under the Law).

          Please dismiss this matter but do not issue sanctions to this KKK member and the organization that he represents.

                                                    Thank you,

                                                    *Brooklynn Clark*

                                                    Brooklynn Clark, Pro Se Litigant

Cc.  Kirk Mylander via email kmylander@cisoregon.org